IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD D. LAWLER**                                          **PETITIONER**

**VERSUS**                                   **CIVIL ACTION NO. 1:10cv414HSO-JMR**

**CHARLES ABRAMS**                                      **RESPONDENT**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered on November 18, 2010 [13-1]. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Respondent's Motion to Dismiss filed September 21, 2010, [7-1] should be and hereby is **GRANTED,** and Lawler's §2254 petition is hereby dismissed, with prejudice, as time-barred under 28 U.S.C. § 2244(d)(1).

**SO ORDERED AND ADJUDGED**, this the 10th day of December, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE